AO 442 (Rev. 5/93) Warrant for Arrest

SEALED BY ORDER OF THE COURT
ORIGINAL

# United States District Court

DISTRICT OF    HAWAII

UNITED STATES OF AMERICA

V.

GEORGE KEAHI, JR.

**WARRANT FOR ARREST**

CR 04-401 HG-01

CASE NUMBER: MAG-04-644

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

To: The United States Marshal
and any Authorized United States Officer   FEB 2 6 2007

at 10 o'clock and 00 min. A.M.
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED to arrest   GEORGE KEAHI, JR.
                                     Name

2004 SEP 28 PM 2: [?]  U.S. MARSHALS SERVICE HONOLULU, HI  RECEIVED

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to distribute and to possess with intent to distribute 50 grams or more of methamphetamine. In violation of

in violation of
Title    21    United States Code, Section(s)  846

LESLIE E. KOBAYASHI
Name of Issuing Officer

*Leslie E. Kobayashi* (signature)
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

9/28/04   Honolulu, HI
Date and Location

Bail fixed at $ to be determined  by  duty judge
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST SEP 3 0 2004 | Special Agent Rachel A Byrd | *Rachel A Byrd* |

This form was electronically produced by Elite Federal Forms, Inc.